UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGIONS BANK and EDGEFIELD HOLDINGS, LLC,**

Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No: 6:11-cv-509-Orl-18DAB

**PJFSF&T PROPERTY ACQUISITIONS, INC., JOHN DENNIS FIELDING, BRUCE WALDRON JACOBUS, JACK LANCING PLATT, JAMES L. TORRES, JAMES L. TORRES, P.A., JOHN D. FIELDING, P.A., BRUCE W. JACOBUS, JR., P.A., JACK L. PLATT, P.A., PLATT JACOBUS FIELDING VILLE TRIAL LAWYERS, LLC and BRANCH BANKING AND TRUST COMPANY,**

Defendants.

## ORDER

This case was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Regions Bank and Edgefield Holdings, LLC's Amended Joint Motion to Substitute Party Plaintiff (Doc. 159). On June 14, 2016, Judge Baker entered a Report and Recommendation (Doc. 160) regarding same, to which no objections were filed.

The Court, having reviewed the Report and Recommendation (Doc. 160) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 160) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Regions Bank and Edgefield Holdings, LLC's Amended Joint Motion to Substitute Party Plaintiff (Doc. 159) is **GRANTED**.

3. Edgefield Holdings, LLC is substituted in as the party plaintiff in this case. The Clerk of Court is directed to update the electronic docket accordingly.

**DONE AND ORDERED** in Orlando, Florida, this __11__ day of July, 2016.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties